**Derrick SMITH, Defendant Below, Appellant,**

v.

**STATE of Delaware, Plaintiff Below, Appellee.**

No. 616, 2015

Supreme Court of Delaware.

Submitted: February 16, 2016

Decided: February 25, 2016

DISMISSED.

**Steven SEARCEY, Defendant Below, Appellant,**

v.

**STATE of Delaware, Plaintiff Below, Appellee.**

No. 656, 2015

Supreme Court of Delaware.

Submitted: February 16, 2016

Decided: February 25, 2016

Court Below—Superior Court of the State of Delaware, Cr. ID No. 11009012834.

DISMISSED.

**Rashid M. SHABAZZ, Defendant Below, Appellant,**

v.

**STATE of Delaware, Plaintiff Below, Appellee.**

No. 663, 2015

Supreme Court of Delaware.

Submitted: February 23, 2016

Decided: February 25, 2016

Court Below—Superior Court of the State of Delaware, Cr. ID No. 1403021888.

DISMISSED.

**CITY OF PROVIDENCE, Rhode Island, derivatively on behalf of JPMorgan Chase & Co., Plaintiff Below–Appellant,**

v.

**James DIMON, et al., Defendants Below–Appellees,**

and

**JPMorgan Chase & Co., Nominal Defendant Below–Appellee.**

No. 465, 2015

Supreme Court of Delaware.

Submitted: February 24, 2016

Decided: February 25, 2016

Court Below: Court of Chancery of the State of Delaware, C.A. No. 9692–VCP

AFFIRMED.